# Court of Appeals
## of the State of Georgia

ATLANTA,  July 19, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1822. IN THE INTEREST OF D. H., et al., CHILDREN (MOTHER).**

On May 13, 2024, the juvenile court entered an order finding Dylan H. and Dalton H. to be dependent within the meaning of OCGA § 15-11-2 (22) and placing the children in the custody of the Department of Family and Children Services. The mother filed a timely motion for new trial from this ruling; the father filed a motion to vacate or, in the alternative, amend the dependency order. On May 30, 2024, the trial court entered an amended dependency order. The mother filed a notice of appeal from this ruling.[1] We, however, lack jurisdiction because the appeal is premature.

Ordinarily, a juvenile court's dependency ruling deciding temporary custody may be appealed directly. See *In the Interest of S. W.*, 363 Ga. App. 666, 668 (1) (872 SE2d 316) (2022). Here, however, the mother filed a motion for new trial from the dependency ruling, and there is nothing in the juvenile court's May 30 order suggesting that it disposed of that motion. Accordingly, the case remains pending below. See *Griffin v. Loper*, 209 Ga. App. 504, 504 (433 SE2d 653) (1993). Under these circumstances, we lack jurisdiction to consider this premature appeal, which is hereby DISMISSED. See id. ("A notice of appeal from the judgment, filed while a motion for

---

[1] The father is not a party to this appeal. If he has filed an appeal, the case has not yet been transmitted to this Court.

new trial is pending, and unaccompanied by a proper certificate for immediate review, confers no jurisdiction in the appellate court and results in a dismissal of the appeal") (citation and punctuation omitted).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__07/19/2024_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*